IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

CONNIE R. EDMISTON,                    )
                                       )
        Plaintiff,                     )
v.                                     )   CASE NO.  2:09-cv-206-TMH
                                       )                WO
D. ROSADO, *et al.*,                   )
                                       )
        Defendants.                    )

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The plaintiff's objection (Doc. #37) to the Recommendation of the Magistrate

Judge filed on May 3, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #33) filed on April 13, 2010

is adopted;

3.  Defendants' motion for summary judgment is GRANTED and plaintiff's complaint

is DISMISSED with prejudice due to plaintiff's failure to properly exhaust his available

administrative remedies.

DONE this the 7th  day of May, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE